Robert J Vanden Bos OSB #78100
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon  97204
TELEPHONE:  (503) 241-4869
FAX: (503) 241-3731

Of Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 11-30829-tmb7 |
| | ) | |
| Charles A. Arnell, | ) | MOTION TO RECONSIDER ORDER DENYING |
| | ) | APPROVAL OF REAFFIRMATION |
| Debtor. | ) | AGREEMENT WITH UNITUS COMMUNITY |
| | ) | CREDIT UNION, RESCHEDULING A |
| | ) | DISCHARGE HEARING AND DELAYING |
| | ) | ENTRY OF THE DISCHARGE ORDER |

Debtor moves the Court for an Order reconsidering the Order denying approval of the Reaffirmation Agreement with Unitus Community Credit Union ("Unitus"), vacating the prior Order, rescheduling a Discharge Hearing and delaying entry of discharge for the following reasons:

1. The Reaffirmation Agreement with Unitus is necessary for Debtor to retain his vehicle.

2. The Debtor did not attend the originally scheduled Discharge Hearing on June 6, 2001 because he did not realize it was a hearing on the Reaffirmation Agreement with Unitus and believed it was a hearing on the discharge of his case.

Page 1 of 2 -   MOTION TO RESCHEDULE NOTICE OF DISCHARGE HEARING

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 11-30829-tmb7    Doc 79    Filed 06/09/11

Therefore the Debtor respectfully requests that the court reconsider the Order denying approval of the Reaffirmation Agreement with Unitus, vacate the prior Order, reschedule the Discharge Hearing to consider Debtor's reaffirmation request and delay discharge of this case until after such hearing is conducted.

Respectfully submitted;

VANDEN BOS & CHAPMAN, LLP


By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Of Attorneys for Debtor

Page 2 of 2 - MOTION TO RESCHEDULE NOTICE OF DISCHARGE HEARING

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 11-30829-tmb7    Doc 79    Filed 06/09/11

In re Charles A. Arnell;
Chapter 7 Bankruptcy Case No. 11-30829-tmb7

CERTIFICATE - TRUE COPY

DATE: June 9, 2011

DOCUMENT: Motion to Reconsider Order Denying Approval of Reaffirmation Agreement with Unitus Community Credit Union, Rescheduling a Discharge Hearing and Delay Entry of the Discharge Order

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

Charles A. Arnell
12405 SE 18th Ave.
Milwaukie, OR 97222

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

The following were served electronically by the Court:

U.S. Trustee
Kelly Sutherland
S. Korschun
Jesse Baker (GMAC Mortgage & Wells Fargo)
Robert J Vanden Bos
Rodolfo A. Camacho

Dated: June 9, 2011

VANDEN BOS & CHAPMAN, LLP


By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Of Attorneys for Debtor

PAGE 1 of 1 - CERTIFICATE OF SERVICE

Case 11-30829-tmb7    Doc 79    Filed 06/09/11