**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

In re: ARNELL, CHARLES ARTHUR § Case No. 11-30829
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 03, 2011. The undersigned trustee was appointed on February 03, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554 An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         8,140.88

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 82.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 8,058.21 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/08/2011 and the deadline for filing governmental claims was 08/02/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,564.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,564.09, for a total compensation of $1,564.09.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $56.48, for total expenses of $56.48.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/15/2012        By: /s/RODOLFO CAMACHO
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-30829  **Trustee:** (570170)  RODOLFO CAMACHO
**Case Name:** ARNELL, CHARLES ARTHUR  **Filed (f) or Converted (c):** 02/03/11 (f)
 **§341(a) Meeting Date:** 03/07/11
**Period Ending:** 02/15/12  **Claims Bar Date:** 06/08/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 Personal Residence 12405 SE 18th, Milwaukie, OR | 494,798.00 | 0.00 | DA | 0.00 | FA |
| 2 Residential Rental Property located at 11725 SW | 225,975.00 | 0.00 | DA | 0.00 | FA |
| 3 Residential Rental Property located at 1050 SE T | 214,600.00 | 0.00 | DA | 0.00 | FA |
| 4 Residential Rental Property located at 13240 SE | 260,805.00 | 0.00 | DA | 0.00 | FA |
| 5 Residential Rental Property located at 109 NE 10 | 177,120.00 | 0.00 | DA | 0.00 | FA |
| 6 Residential Rental Property located at 11010 SW | 231,490.00 | 0.00 | DA | 0.00 | FA |
| 7 Cash on Hand | 93.00 | 0.00 | DA | 0.00 | FA |
| 8 Unitus CU Checking #5544 | 7.04 | 0.00 | DA | 0.00 | FA |
| 9 Wells Fargo Checking #1403 (overdrawn -$180.74) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 Scottrade account #6007 | 221.98 | 0.00 | DA | 0.00 | FA |
| 11 Household goods and furnishings | 900.00 | 0.00 | DA | 0.00 | FA |
| 12 Wearing apparel | 750.00 | 0.00 | DA | 0.00 | FA |
| 13 Jewelry | 450.00 | 0.00 | DA | 0.00 | FA |
| 14 Walther PPK Pistol | 100.00 | 0.00 | DA | 0.00 | FA |
| 15 Scuba Gear $300; Snowboard $100; Mountain Bike $ | 1,250.00 | 1,172.02 | | 200.00 | FA |
| 16 State Farm Term Life Insurance - Beneficiary is | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 MFS 529 Savings Plan FBO Charles A. Arnell Jr. ( | 12,445.76 | 0.00 | DA | 0.00 | FA |
| 18 Alerus Retirement Plan #5141 (balance as of 12/3 | 1,571.70 | 0.00 | DA | 0.00 | FA |
| 19 Arnell Corporation 100% - 1 asset (car which is | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 Town & Country Mortgage Inc. 100% Interest - No | 0.00 | 0.00 | DA | 0.00 | FA |
| 21 Arnell Properties - 100% Interest - Owns 1 piece | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 Town & Country Home Loans, Inc. (TCHL) - 100% - | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 Arnell Management Corp - 100% Interest - Negativ | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 Arnell Residential Properties, LLC 100% | 7,500.00 | 7,500.00 | | 750.00 | FA |
| 25 SW 68th Parkway LLC 100% - single asset real est | 0.00 | 0.00 | DA | 0.00 | FA |
| 26 SE Rusk LLC 100% - Holding company - all real es | 0.00 | 0.00 | DA | 0.00 | FA |
| 27 2004 Mercedes E500 (1/2 interest) | 8,287.50 | 8,287.50 | | 4,140.55 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-30829 | | Trustee: | (570170) RODOLFO CAMACHO |
|---|---|---|---|---|
| Case Name: | ARNELL, CHARLES ARTHUR | | Filed (f) or Converted (c): | 02/03/11 (f) |
| | | | §341(a) Meeting Date: | 03/07/11 |
| Period Ending: 02/15/12 | | | Claims Bar Date: | 06/08/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28 | 2005 GMC Yukon XI (Full value $15,340) (Jointly | 7,670.00 | 2,800.00 | | 2,800.00 | FA |
| 29 | Dell Computer & Printer (4yrs old) $300; Office | 375.00 | 0.00 | DA | 0.00 | FA |
| 30 | Riding lawn mower $500; Push lawn mower $100; le | 700.00 | 700.00 | | 250.00 | FA |
| 31 | Commissions - Accrued up to day of filing | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.33 | Unknown |
| 32 | Assets Totals (Excluding unknown values) | $1,647,109.98 | $20,459.52 | | $8,140.88 | $0.00 |

**Major Activities Affecting Case Closing:**

    3/30/11-Sent demand

    05/03/11 Rcv'd letter from atty - Sent response

    05/16/11 Rcv'd letter from atty - Sent response

    05/23/11 Rcv'd $4k cashier check

    7/15/11-Vicki w/Unitus CU l/vm asking permission to allow Debtor to pay off lien on Monday; per Kirk I called her back leaving her a mess stating that's ok. lk

    10/19/11-Vicki w/Unitus CU called said there were excess funds re the Mercedes; per Kirk told her yes, she'll be mailing us approx $4K.  lk

    10/21/11-Rec'd check from UNitus CU for $4,140.55

    11/18/11 Filed OBJ to Claim 12

    02/15/12 TFR to UST

**Initial Projected Date Of Final Report (TFR):**    March 7, 2013     **Current Projected Date Of Final Report (TFR):**    March 7, 2013

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-30829
**Case Name:** ARNELL, CHARLES ARTHUR

**Taxpayer ID #:** **-***4619
**Period Ending:** 02/15/12

**Trustee:** RODOLFO CAMACHO (570170)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******67-65 - Checking Account
**Blanket Bond:** $1,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/11 | | Charles Arnell | Scuba Gear, Snowboard, Arnell Residential Properties, LLC, Riding Lawn Mower, Push Lawn Mower & 2005 GMC Yukon XI | | 4,000.00 | | 4,000.00 |
| | {15} | | Scuba Gear $300; Snowboard $100     200.00 | 1129-000 | | | 4,000.00 |
| | {24} | | Arnell Residential Properties, LLC     750.00 | 1129-000 | | | 4,000.00 |
| | {30} | | Riding Lawn Mower $500; Push Lawn Mower     250.00 | 1129-000 | | | 4,000.00 |
| | {28} | | 2005 GMC Yukon XI     2,800.00 | 1129-000 | | | 4,000.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.03 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.06 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 7.67 | 3,992.39 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,992.42 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,967.42 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,967.45 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,942.45 |
| 10/21/11 | {27} | Unitus Credit Union | 2004 Mercedes E500 (1/2 interest) | 1129-000 | 4,140.55 | | 8,083.00 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 8,083.03 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,058.03 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,058.09 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,058.15 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,058.21 |
| | | | **ACCOUNT TOTALS** | | 8,140.88 | 82.67 | **$8,058.21** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,140.88 | 82.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,140.88** | **$82.67** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-30829  
**Case Name:** ARNELL, CHARLES ARTHUR  

**Taxpayer ID #:** **-***4619  
**Period Ending:** 02/15/12

**Trustee:** RODOLFO CAMACHO (570170)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******67-65 - Checking Account  
**Blanket Bond:** $1,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | | **Checking # 9200-******67-65** | | **8,140.88** | **82.67** | **8,058.21** |
| | | | | | $8,140.88 | $82.67 | $8,058.21 |

{} Asset reference(s)          Printed: 02/15/2012 12:46 PM    V.12.57
Case 11-30829-tmb7   Doc 94   Filed 04/02/12

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-30829
Case Name: ARNELL, CHARLES ARTHUR
Trustee Name: RODOLFO CAMACHO

**Balance on hand:** $ 8,058.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Unitus Credit Union | 2,842.84 | 0.00 | 0.00 | 0.00 |
| 4 | Unitus Credit Union | 8,287.50 | 0.00 | 0.00 | 0.00 |
| 17 | Arbor Roses Homeowners Association | 2,819.62 | 0.00 | 0.00 | 0.00 |
| 23 | JP Morgan Chase Bank | 47,780.39 | 0.00 | 0.00 | 0.00 |
| 27 | JP Morgan Chase Bank | 34,692.67 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,058.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RODOLFO CAMACHO | 1,564.09 | 0.00 | 1,564.09 |
| Trustee, Expenses - RODOLFO CAMACHO | 56.48 | 0.00 | 56.48 |

Total to be paid for chapter 7 administration expenses: $ 1,620.57
Remaining balance: $ 6,437.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,437.64

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $115,290.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | ODR Bkcy | 16,914.70 | 0.00 | 748.18 |
| 9 | Oregon Employment Department | 41,441.27 | 0.00 | 1,833.04 |
| 12 | IRS | 54,534.76 | 0.00 | 2,412.19 |
| 25 | City of Portland | 1,000.00 | 0.00 | 44.23 |
| 29 | Steven Netter | 1,400.00 | 0.00 | 1,400.00 |

Total to be paid for priority claims:  $    6,437.64
Remaining balance:  $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 339,235.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pitney Bowes Inc | 7,066.11 | 0.00 | 0.00 |
| 2A | ODR Bkcy | 795.60 | 0.00 | 0.00 |
| 4A | Unitus Credit Union | 3,493.47 | 0.00 | 0.00 |
| 5 | Real Time Resolutions, Inc. | 29,240.99 | 0.00 | 0.00 |
| 6 | Hagen O' Connell LLP | 9,010.97 | 0.00 | 0.00 |
| 7 | West Coast Bank | 23,659.08 | 0.00 | 0.00 |
| 8 | West Coast Bank | 73,041.80 | 0.00 | 0.00 |
| 9A | Oregon Employment Department | 41,550.15 | 0.00 | 0.00 |
| 10 | Capital One Bank (USA), N.A. | 22,647.82 | 0.00 | 0.00 |
| 11 | First Advantage Credco | 128.25 | 0.00 | 0.00 |
| 13 | Chase Bank USA, N.A. | 17,394.01 | 0.00 | 0.00 |
| 14 | Chase Bank USA, N.A. | 16,568.53 | 0.00 | 0.00 |
| 15 | PYOD LLC its successors and assigns as assignee of | 18,223.60 | 0.00 | 0.00 |
| 16 | JPMorgan Chase Bank, NA | 17,018.55 | 0.00 | 0.00 |
| 18 | American Express Bank FSB | 7,703.28 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | Schwindt & Co. | 6,710.00 | 0.00 | 0.00 |
| 20 | John Hasenberg Architects PC | 2,998.38 | 0.00 | 0.00 |
| 21 | US Bank N.A. | 842.67 | 0.00 | 0.00 |
| 22 | Carl W. Foster, CPA LLC | 13,450.54 | 0.00 | 0.00 |
| 24 | William C. Cox | 8,137.48 | 0.00 | 0.00 |
| 26 | City of Portland | 269.97 | 0.00 | 0.00 |
| 28 | FIA Card Services, NA/Bank of America | 19,284.23 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 16,506.33 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9B | Oregon Employment Department | 13,450.78 | 0.00 | 0.00 |
| 12A | IRS | 3,055.55 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**